UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATIA ISSA,

    Plaintiff,

v.             Case No. 15-12327

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
             /

**JUDGMENT**

 In accordance with the court's "Opinion and Order (1) Overruling Plaintiff's Objections; (2) Adopting the Magistrate Judge's Report and Recommendation; (3) Denying Plaintiff's Motion for Summary Judgment; and (4) Granting Defendant's Motion for Summary Judgment" dated August 19th, 2016,

 IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Catia Issa. Dated at Detroit, Michigan, this 19th day of August 2016.

            DAVID J. WEAVER
            CLERK OF THE COURT

             S/ Lisa Wagner
           By: Lisa Wagner, Case Manager
             to Judge Robert H. Cleland